UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SANTORO HILL,<br><br>                     Plaintiff,<br>v.<br><br>GEICO CASUALTY INSURANCE COMPANY,<br><br>                     Defendant. | Case No. 2:18-cv-01328-JCM-PAL<br><br>ORDER<br><br>(Mot WD Atty – ECF No. 7) |

      This matter is before the court on Kajioka & Associates Motion to Withdraw as Counsel of Record for plaintiff (ECF No. 7). The motion represents that the firm "and Mr. Hill had previously agreed that it would be in the best interests of Mr. Hill's case" if the firm withdrew once litigation commenced so that Mr. Hill could retain other legal counsel. However, since then, there has been a complete loss of communication with plaintiff, and it would create an undue financial burden upon Mr. Kajioka to continue to represent Mr. Hill when there is no contact. The motion is not the result of and differences between the firm and Mr. Hill, but is filed because of the loss of communication, as well as to allow him to move forward with new counsel. The firm therefore seeks leave to withdraw as counsel of record.

      Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

    1.    Kajioka & Associates Motion to Withdraw (ECF No. 7) is **GRANTED**.

    2.    The plaintiff shall have until **September 21, 2018** in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice, or to file a notice with the court that he will be appearing in this matter *pro se,* that is, representing himself.

3. Plaintiff's failure to timely comply with this order by either obtaining substitute counsel, or filing a notice that he will be appearing in this matter *pro se* may result in the imposition of sanctions, which may include a recommendation to the District Judge that plaintiff's complaint be dismissed for failure to comply with this order and failure to prosecute. *See* Fed. R. Civ. P. 41(b).

4. The Clerk of the Court shall serve the plaintiff with a copy of this order at his last known address:

Santoro Hill
76 Stock Option #2
Henderson, NV 89074

DATED this 23rd day of August, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE